UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**RONALD JEROME LAWSON,**

Defendant.

Criminal Action No. **07cr049**
(CKK)

## ORDER

This case is before the Court upon the receipt of a Report and Recommendation [24] dated May 11, 2012, from Magistrate Judge Deborah Robinson. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 24th day of May, 2012,

**ORDERED** that the Report and Recommendation [24] filed on May 11, 2012, in the above-captioned case is hereby **ADOPTED**, and accordingly, Defendant's supervised release is revoked. It is

**FURTHER ORDERED** that a Sentence shall be addressed and imposed at a Court hearing on June 13, 2012, at 9:30 a.m. in Courtroom 28A.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to: (see next page)



Copies to:

Shaw Moore, Esq.
Karla Dee-Clark, AUSA
Steve Bolton, US Probation Officer
Magistrate Judge Deborah Robinson